LODGED

1  JONATHAN SOLISH (Bar No. 67609)
2  KEITH D. KLEIN (Bar No. 184846)
   JENKENS & GILCHRIST, LLP
3  12100 Wilshire Boulevard, 15th Floor
4  Los Angeles, California 90025
   Telephone: (310) 820-8800
5  Facsimile: (310) 820-8859
6
7  Attorneys for Plaintiffs
   BRITNEY BRANDS, INC.
8

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

9           UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11

12  BRITNEY BRANDS, INC.,              ) Case No.: CV 02-9774-AHM (JWJx)
13                                      )
              Plaintiffs,               ) STIPULATION RE: FILING OF
14                                      ) FIRST AMENDED COMPLAINT
      vs.                               ) AND TIME TO RESPOND; AND
15                                      ) ORDER THEREON
                                        )
16  SKECHERS USA, INC.,                 )
17                                      )
              Defendant.                )
18                                      )
19                                      )
20                                      )
21  _____)
22
23
24
25                                              ENTER ON ICMS
26
27
28                                              JAN 31 2003

                                1
                                        Stipulation Re: Filing Of First Amended Complaint
                                        And Time To Respond; Order Thereon
LOSANGELES 230429v1 58851-00007

1  WHEREAS Plaintiff Britney Brands, Inc. filed the action styled Britney
2  Brands, Inc. v. Skechers USA, Inc., Case No. CV 02-9774 on December 23, 2002;
3  WHEREAS Skechers USA, Inc. was thereafter properly served with a
4  summons and copy of the complaint;
5  WHEREAS attorneys for Britney Brands, Inc. have advised attorneys for
6  Skechers USA, Inc. that Britney Brands, Inc. will be filing a First Amended
7  Complaint;
8  WHEREAS attorneys for Britney Brands, Inc. and attorneys for Skechers
9  USA, Inc. agreed that the First Amended Complaint should be filed before
10 Skechers USA, Inc. files its initial response;
11 WHEREAS attorneys for Skechers USA, Inc. have agreed that Britney
12 Brands, Inc. shall have until February 14, 2003, to file its First Amended
13 Complaint;
14 WHEREAS attorneys for Britney Brands, Inc. have agreed that Skechers
15 USA shall have 20 days following service of the First Amended Complaint to file a
16 response;
17 WHEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE
18 THAT:

20  A.  Britney Brands, Inc. shall have until February 14, 2003, to file a First
21      Amended Complaint; and
22 ///
23 ///
24 ///

---

2

*Stipulation Re: Filing Of First Amended Complaint
And Time To Respond; Order Thereon*

LOSANGELES 230429v1 58851-00007

B. Skechers USA, Inc. shall have 20 days following service of the First Amended Complaint to file a response.

DATED: January 30, 2003          Respectfully submitted,

JENKENS & GILCHRIST, LLP
JONATHAN SOLISH
KEITH D. KLEIN

_____
KEITH D. KLEIN
Attorney for Plaintiff
BRITNEY BRANDS, INC.

DATED: January 29, 2003          O'MELVENY & MYERS, LLP
DANIEL M. PETROCELLI
THOMAS P. JIRGAL

_____
DANIEL M. PETROCELLI
Attorney for Defendant
SKECHERS USA, INC.

## Order

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2003

_____
Honorable A. Howard Matz
United States District Judge

3

*Stipulation Re: Filing Of First Amended Complaint And Time To Respond; Order Thereon*

LOSANGELES 230429v1 58851-00007

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On January 30, 2003, I caused to be served the foregoing document described as **STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT AND TIME TO RESPOND; AND ORDER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelopes addressed as follows:

O'Melveny & Myers, LLP
Daniel M. Petrocelli, Esq.
1999 Avenue Of The Stars
Seventh Floor
Los Angeles, Ca 90067

[ X ] **BY MAIL:** I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Jenkens & Gilchrist, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FAX:** I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number:

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] **(FEDERAL COURT)** I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2002 in Los Angeles, California.

*Tamara Castro Verdiell*
Tamara Castro Verdiell

4

*Stipulation Re: Filing Of First Amended Complaint And Time To Respond; Order Thereon*

LOSANGELES 230429v1 58851-00007