**ORIGINAL**

DANIEL M. PETROCELLI (S.B. #097802)
ROBERT C. WELSH (S.B. #130782)
DREW E. BREUDER (S.B. #198466)
RACHEL G. COHEN (S.B. #218929)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA. 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendant
SKECHERS USA, INC.

FILED
CLERK, U.S. DISTRICT COURT

MAR I 0 2003

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ☐
Send ☑
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9774

| | |
|---|---|
| BRITNEY BRANDS, INC., a Louisiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKECHERS USA, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 02-~~0774~~ AHM (JWJx)<br><br>Hon. A. Howard Matz<br>Courtroom 14<br><br>**STIPULATION AND *[PROPOSED]* ORDER TO CONTINUE TIME FOR DEFENDANT SKECHERS USA, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(C.D. Local Rule 8-3)**<br><br>Original<br>Response Date:  March 10, 2003<br><br>Proposed<br>Response Date:  March 17, 2003 |

ENTER ON ICMS

MAR 1 1 2003

CC1:609357.1

STIPULATION AND *[PROPOSED]* ORDER TO
CONTINUE TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT

## STIPULATION AND [PROPOSED] ORDER

**TO THE COURT:**

**PLEASE TAKE NOTICE** that, pursuant to Central District of California Local Rule 8-3, the undersigned parties herein stipulate, with the Court's permission, to extend the time for defendant Skechers USA, Inc. to respond to the First Amended Complaint filed by plaintiff Britney Brands, Inc. in this action by one week from Monday, March 10, 2003 to Monday, March 17, 2003.

Dated:  March 7, 2003          By _____
                                        Robert C. Welsh
                                        Attorneys for defendant
                                        Skechers USA, Inc.

Dated:  March 7, 2003          By _____
                                        Jonathan Solish
                                        Attorneys for plaintiff
                                        Britney Brands, Inc.

IT IS SO ORDERED.

Dated: MAR 1 0 2003          _____
                                        HON. A. HOWARD MATZ
                                        JUDGE, U.S. DISTRICT COURT

## PROOF OF SERVICE

I, Deborah L. Hodge, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-6035.  On March 10, 2003, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT SKECHERS USA, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

> Jonathan Solish, Esq.
> Keith D. Klein, Esq.
> Jenkins & Gilchrist, LLP
> 12100 Wilshire Blvd., 15th Floor
> Los Angeles, CA 90025
> Attorneys for Plaintiff

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 10, 2003, at Los Angeles, California.

Deborah L. Hodge

CC1 609516.1

PROOF OF SERVICE