JONATHAN SOLISH (Bar No. 67609)
KEITH D. KLEIN (Bar No. 184846)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Attorney for Plaintiffs and Counter Defendants

FILED
CLERK, U.S. DISTRICT COURT

APR 11 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITNEY BRANDS, INC., | Case No.: CV 02-9774-AHM (JWJx) |
| Plaintiffs, | **SECOND STIPULATION RE: FILING OF RESPONSE TO COUNTERCLAIM; ORDER THEREON** |
| vs. | |
| SKECHERS USA, INC., | |
| Defendant. | |
| SKECHERS USA, INC., a Delaware corporation, | |
| Counter-claimant, | |
| vs. | |
| BRITNEY SPEARS, an individual; BRITNEY BRANDS, INC., a Louisiana corporation; BRITNEY TOURING, INC., a Louisiana corporation; and DOES 1 through 10, inclusive, | |
| Counter- and Third- Party Defendants. | |

ENTER ON ICMS

APR 14 2003

13

1

LOSANGELES 233733v1 58851-00007

WHEREAS, Skechers USA, Inc. ("Skechers") filed an Answer and Counterclaim in this matter on March 12, 2003;

WHEREAS, a response by cross-defendant Britney Brands, Inc. ("BBI") originally had to be filed and served by April 1, 2003;

WHEREAS, Skechers and BBI agreed to an extension of time to respond to the Counterclaim to April 15, 2003;

WHEREAS, Skechers and BBI have agreed that BBI shall have an additional one week to respond to the Counterclaim;

IT IS HEREBY AGREED TO AND STIPULATED AS FOLLOWS:

BBI shall have an additional one-week extension to file a response to Skechers' Counterclaim, up through and including April 22, 2003.

DATED: April 11, 2003        JENKENS & GILCHRIST, LLP
                             JONATHAN SOLISH
                             KEITH D. KLEIN

_____
KEITH D. KLEIN
Attorney for Plaintiff and Cross-Defendant
BRITNEY BRANDS, INC.

DATED: April __, 2003        O'MELVENY & MYERS, LLP
                             DANIEL M. PETROCELLI
                             ROBERT WELSH
                             THOMAS P. JIRGAL

_____
ROBERT WELSH
Attorney for Defendant and Counterclaimant
SKECHERS USA, INC.

2

LOS ANGELES 233733v1 58851-00007

WHEREAS, Skechers USA, Inc. ("Skechers") filed an Answer and Counterclaim in this matter on March 12, 2003;

WHEREAS, a response by cross-defendant Britney Brands, Inc. ("BBI") originally had to be filed and served by April 1, 2003;

WHEREAS, Skechers and BBI agreed to an extension of time to respond to the Counterclaim to April 15, 2003;

WHEREAS, Skechers and BBI have agreed that BBI shall have an additional one week to respond to the Counterclaim;

IT IS HEREBY AGREED TO AND STIPULATED AS FOLLOWS:

BBI shall have an additional one-week extension to file a response to Skechers' Counterclaim, up through and including April 22, 2003.

DATED: April __, 2003          JENKENS & GILCHRIST, LLP
                               JONATHAN SOLISH
                               KEITH D. KLEIN


                               _____
                               KEITH D. KLEIN
                               Attorney for Plaintiff and Cross-Defendant
                               BRITNEY BRANDS, INC.

DATED: April 9, 2003           O'MELVENY & MYERS, LLP
                               DANIEL M. PETROCELLI
                               ROBERT WELSH
                               THOMAS P. JIRGAL

                               _____
                               ROBERT WELSH
                               Attorney for Defendant and Counterclaimant
                               SKECHERS USA, INC.

---

2

*Stipulation Re: Filing of Response to Counterclaim and Order Thereon*

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ordered that BBI shall have until April 22, 2003 to file a responsive pleading to Skechers' Counterclaim.

DATED:     April 11, 2003     _____

HONORABLE A. HOWARD MATZ
JUDGE, UNITED STATES DISTRICT COURT

---

3

LOS ANGELES 233733v1 58851-00007

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                            )   ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On April 11, 2003, I caused to be served the foregoing document described as **SECOND STIPULATION RE: FILING OF RESPONSE TO COUNTERCLAIM AND ORDER THEREON** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelopes addressed as follows:

> **Daniel M. Petrocelli, Esq.**
> **O'Melveny & Myers, LLP**
> **1999 Avenue Of The Stars**
> **Seventh Floor**
> **Los Angeles, Ca 90067**

[ X ]  **BY MAIL**: I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Jenkens & Gilchrist, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FAX**: I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number:

[ ]  **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]  **(FEDERAL COURT)**  I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 11, 2003 in Los Angeles, California.

_____
Johnathan McNeil

---

4

LOS ANGELES 233733v1 58851-00007